UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                :
**CAROLYN WILSON**,
                :
         Plaintiff,
                :   **DECISION AND ORDER**

     – against –           :   21-CV-5670 (AMD)
                :
**COMMISSIONER OF SOCIAL SECURITY**,
                :
         Defendant.
                :
----------------------------------------------------------------- X

**ANN M. DONNELLY**, United States District Judge:

On September 28, 2021, the *pro se* plaintiff Carolyn Wilson filed a one-page letter seeking to appeal her case before the Social Security Administration after receiving an Appeals Council letter dated August 6, 2021. (ECF No. 1.) The plaintiff's submission did not include the requisite filing fee of $402 or an *in forma pauperis* ("IFP") application to waive the filing fee.

On October 13, 2021, the Clerk of Court sent the plaintiff a Notice of Deficient Filing and instructed the plaintiff that in order to proceed with this action, she must return the completed IFP application, or pay the filing fee, within 14 days of receipt of the letter. (ECF No. 2.) The Clerk of Court enclosed a blank IFP application and a Social Security Complaint form with the Notice. (*Id.*) On October 29, 2021, the letter was returned by the United States Postal Service. (ECF No. 4.) On November 2, 2021, the Clerk re-sent the Notice of Deficiency to the plaintiff's corrected address. (ECF No. 5.) To date, the plaintiff has not filed an IFP application.

## CONCLUSION

In light of the plaintiff's *pro se* status, the Court extends the time for seeking to waive the filing fee, or paying the filing fee, until January 14, 2022. The Clerk of Court is directed to send the plaintiff an IFP application and a Social Security Complaint form along with this Order.

In order to proceed with this action, the plaintiff must return to the Court within 30 days from date of this Order a completed and signed IFP application, or pay the filing fee, as well as a completed Social Security Complaint form. No response is required by the defendant at this time. If the plaintiff requires assistance regarding the Court's procedures, she may call the Pro Se Office at 718-613-2665.

If the plaintiff fails to comply with this Order within the time allowed, this action will be dismissed without prejudice.

**SO ORDERED.**

                                                                                     s/Ann M. Donnelly

                                                                                     ANN M. DONNELLY  
                                                                                     United States District Judge

Dated: Brooklyn, New York  
         December 15, 2021